**Affirmed and Opinion Filed September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00592-CR

**JESUS GUTIERREZ ELIASAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-00153-Y**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

Jesus Gutierrez Eliasar pleaded guilty before a jury to murder. The jury found appellant guilty and assessed punishment at sixty-five years' imprisonment and a $10,000 fine. *See* TEX. PENAL CODE ANN. § 19.02(b) (West 2011). On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he

did not file a pro se response.  *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


Do Not Publish
TEX. R. APP. P. 47
130592F.U05


                            /David L. Bridges/
                            DAVID L. BRIDGES
                            JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JESUS GUTIERREZ ELIASAR,
Appellant

No. 05-13-00592-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F13-00153-Y.
Opinion delivered by Justice Bridges,
Justices Lang and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014